O'Hare, Appellant, vs. Fink, Respondent.*

*November 16—December 15, 1948.*

For the appellant there was a brief by *Doar & Knowles* of New Richmond, and oral argument by *W. T. Doar*.

For the respondent there was a brief by *Coe & Cameron* of Rice Lake, and oral argument by *William A. Cameron*.

Hughes, J.   The only questions sought to be raised concern the correctness of the trial court's rulings during the trial. The bill of exceptions having been stricken (*O'Hare v. Fink, ante,* p. 65, 35 N. W. (2d) 320) and the pleadings and findings being sufficient to sustain the judgment, the judgment must be affirmed.

*By the Court.*—Judgment affirmed.

---

* Motion for rehearing denied, with $25 costs, on February 15, 1949.